NUMBER
13-01-741-CV

 

                                 COURT OF
APPEALS

 

                     THIRTEENTH DISTRICT OF
TEXAS

 

                                    CORPUS
CHRISTI

________________________________________________________________

 

UNION GAS CORPORATION,                                                          Appellant,

 

                                                             v.

 

VICTORIA
I.S.D.,                                                                                Appellee.

________________________________________________________________

 

                             On appeal from the 267th District Court

                                        of Victoria County, Texas.

________________________________________________________________

 

                                          O P I
N I O N

 

                           Before Justices
Dorsey, Hinojosa and Castillo

Opinion
Per Curiam

 








Appellant, UNION
GAS CORPORATION, perfected an appeal from a judgment entered by the 267th District Court of Victoria County, Texas, in
cause number 00-8-55,199-C9. 
After the record was filed, the parties filed a joint motion to dismiss
the appeal.  In the motion, the parties
state they have reached an agreement where both parties have agreed to be bound
by the ultimate result in a related appeal, cause number 13-01-735-CV, Union
Gas v. Tittizer.  The parties request
that this Court dismiss the appeal.

The Court, having considered
the documents on file and the joint motion to dismiss the appeal, is of the
opinion that the motion should be granted. 
The joint motion to dismiss is granted, and the appeal is hereby
DISMISSED.

PER CURIAM

Do not publish.

Tex. R. App. P. 47.3.

Opinion delivered and filed this

the 17th day of October,
2002.